No.   79–1243.   HARRIS, CORRECTIONAL SUPERINTENDENT, ET AL. *v.* BERMUDEZ ET AL.   C. A. 2d Cir.   Motions of respondents for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Cuyler* v. *Sullivan, ante,* p. 335.   ■

No.   79–1462.   McGUIRE, POLICE COMMISSIONER OF NEW YORK CITY *v.* LEIGH ET AL.   C. A. 2d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Board of Regents* v. *Tomanio, ante,* p. 478.

No.   79–1565.   MISSOURI *v.* SOURS.   Sup. Ct. Mo.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Whalen* v. *United States,* 445 U. S. 684 (1980).

No.   79–5790.   BROWN *v.* UNITED STATES.   C. A. 9th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Cuyler* v. *Sullivan, ante,* p. 335.

No.   79–5995.   SMITH *v.* BORDENKIRCHER, PENITENTIARY SUPERINTENDENT.   C. A. 6th Cir.   Motion of petitioners for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Cuyler* v. *Sullivan, ante,* p. 335.   ■